App. Div.]                First Department, December, 1924.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK TEDESCO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM E. ISELIN and Others, Copartners, Trading as WILLIAM ISELIN & COMPANY, Respondents, v. ABRAHAM SHAPIRO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KATHRYN P. WIEGAND, as Administratrix, etc., of HERBERT F. LOWE, Deceased, Respondent, v. FREDERICK W. KELLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN RUBIN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET KIERNAN, Respondent, v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

KNICKERBOCKER FIREPROOFING CO., INC., Respondent, v. LOUISA M. GERRY and Othe s, Defendants, Impleaded with FRANK SEERY and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of THEODORE PETREMONT, Deceased.— Motion granted, with ten dollars costs, unless appellant procures the record on appeal to be filed on or before the 2d day of January, 1925. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

JOHN KOHLER, Respondent, v. THIRD AVENUE RAILWAY COMPANY and Another, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE DIAZ, Appellant.— Preference granted for January 6, 1925. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

MARY FLANNAGAN, as Administratrix, etc., Respondent, v. ESTELLE W. BROWN and Another, Appellants.— Preference granted for January 6, 1925. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

FRANK A. SHAW and Others, Respondents, v. HARRY KARP and Another, Appellants, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY H. WERBLOW, Appellant.— Preference granted for February 10, 1925. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

KEYSTONE TYPE FOUNDRY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Martin, J., dissenting.